| | | |
|---|---|---|
| **FRED J. THOMPSON** | * | **NO. 2022-CA-0729** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **HOUSING AUTHORITY OF NEW ORLEANS, ROBERT E. ANDERSON, GREGG FORTNER, AND AB INSURANCE COMPANY** | * | **FOURTH CIRCUIT** |
| | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |
| | * * * * * * * | |

**LEDET, J., CONCURS**

I concur in the result.